UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Frank E. Priley,

      Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner
of Social Security,[1]

      Defendant.

Civil No. 12-1492 (JNE/JJK)
ORDER

This case is before the Court on a Report and Recommendation issued by the Honorable Jeffrey J. Keyes, United States Magistrate Judge, on May 22, 2013. The magistrate judge recommended that Plaintiff's Motion for Summary Judgment be denied and that Defendant's Motion for Summary Judgment be granted. Defendant responded to the Report and Recommendation by asserting that it should be adopted. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 17]. Therefore, IT IS ORDERED THAT:

1.     Plaintiff's Motion for Summary Judgment [Docket No. 6] is DENIED.

2.     Defendant's Motion for Summary Judgment [Docket No. 14] is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 24, 2013

                                            s/Joan N. Ericksen
                                            JOAN N. ERICKSEN
                                            United States District Judge

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. She has been substituted as the defendant in this case.